

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00068-CV

DOUGLAS GREENE, Appellant

§ On Appeal from County Court at Law No. 3

§ of Tarrant County (2019-009601-3)

V.

§ March 4, 2021

§ Memorandum Opinion by Justice Birdwell

DISCOVER BANK, Appellee

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's denial of arbitration, and we order the trial judge to compel arbitration and stay trial in accordance with Section 171.025 of the Civil Practice and Remedies Code.

It is further ordered that Discover Bank shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell